

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00081-CR

Juan **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10368
Honorable Angus K. McGinty, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 2, 2014.

_____
Patricia O. Alvarez, Justice